UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG BASTUBA,

        Plaintiff,

v.                                                                                  Case Number 06-14845
                                                                              Honorable David M. Lawson

WOLVERINE JUDGMENT RECOVERY,
L.L.C.,

        Defendant.
_____/

| LAW OFFICES OF BRIAN P. PARKER, P.C. | MAURICE S. REISMAN, P.C. |
|---|---|
| BRIAN P. PARKER (P48617) | MAURICE S. REISMAN (P28847) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Road, Suite 1580 | 32255 Northwestern Highway, Suite 254 |
| Bingham Farms, MI 48025 | Farmington Hills, MI 48334 |
| (248) 642-6268 | (248) 855-4020 |
| (248) 642-8875 (Fax) | (248) 855-3980 (FAX) |
| lemonlaw@ameritech.net | msresq@sbcglobal.net |
| www.collectionstopper.com | |

**STIPULATION AND ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**
**STIPULATION**

        IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

| BRIAN P. PARKER, P.C. | MAURICE S. REISMAN, P.C. |
|---|---|
|   s/Brian P. Parker |   s/Maurice S. Reisman (w/consent) |
| BRIAN P. PARKER (P48617) | MAURICE S. REISMAN (P28847) |
| Attorney for Plaintiff | Attorney for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG BASTUBA,

       Plaintiff,

v.                                            Case Number 06-14845
                                            Honorable David M. Lawson

WOLVERINE JUDGMENT RECOVERY,
L.L.C.,

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with a stipulation to that effect,

**IT IS HEREBY ORDERED THAT** the above cause is dismissed with prejudice and without costs.

                                     s/David M. Lawson
                                     DAVID M. LAWSON
                                     United States District Judge

Dated: November 22, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 22, 2006.

                              s/Felicia M. Moses
                              FELICIA M. MOSES